UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 10-1640-TSH |
| ) | |
| JOSEPH MATZ ) | |
| Defendant. ) | |

### AFFIDAVIT OF ROBERT DISALVATORE

I, Robert DiSalvatore, being duly sworn, do hereby depose and state as follows

    1.    I am currently a member of the Federal Bureau of Investigation's Violent Crime Task Force. I have been on the Task Force for approximately twenty months. Before joining the Task Force, I was a Malden Police Detective for six years. I worked in the Narcotics Unit; my experience includes undercover operations and I was a member of the Greater Boston Drug Task Force. Prior to becoming a detective, I was a patrol officer with the Malden Police Department for twelve years. During my career in law enforcement, I have received extensive training in criminal investigation, including bank robbery and drug crimes. This includes 120 hours of specialized training in covert operations, internet forensics, and bank robbery investigations provided by FBI. I have also received 300 hours of specialized narcotics training involving DEA, ATF, the Massachusetts State Police among others. I attended the Massachusetts Police Academy's eighteen-month training program at the outset of my career after receiving a bachelor of science degree in criminal justice from Western New England College. I have personally been involved in at least two hundred investigations involving illicit drug use in some manner or other. I have been significantly involved in at least 50 search and arrest warrants, and for

approximately half of those I was the affiant.

2.   I am aware that Title 18 of the United States Code, § 2113(a), makes it a crime for anyone to use force and violence, or intimidation, to take from the person or presence of another money belonging to or in the care, custody, control, management, or possession of any federally insured bank. I submit this affidavit in support of a criminal complaint charging Joseph Centola and Joshua Walsh with robbing a federally-insured bank, the East Cambridge Savings Bank branch located at 243 Salem Street in Medford, Massachusetts, on February 10, 2009.

3.   The following is based on my own investigation, oral and written reports by other law enforcement officers, interviews, and/or other investigatory activity. I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish the requisite probable cause to support the issuance of the requested complaint.

4.   As part of the investigation, Special Agents and Detectives from the Task Force and Detectives from the Police Department interviewed employees of the Sovereign Bank branch located at 515 Massachusetts Avenue in Cambridge, Massachusetts who witnessed the robbery on December 16, 2009. Those interviewed included the victim teller as well as other employees.

5.   On December 16, 2009, a Hispanic-looking male entered the Sovereign Bank branch at 515 Massachusetts Avenue in Cambridge, Massachusetts, a federally-insured institution. This person, subsequently identified as JOSEPH MATZ, approached a teller and handed her a note demanding money. The note stated "This is a robbery. I want the big bills." Matz demanded that the note be returned to him, which the teller did. Matz did not show a weapon or threaten that he had one.

5.   The teller provided Matz with $7,112.00 in United States currency along with a dye pack. Matz noticed a metal plate, on which the dye pack was placed in the teller's cash drawer, in the stack of money and removed it. Matz exited the bank; the dye pack discharged and Matz dropped the dye pack and fled the area. Surveillance photos or videos were obtained.

6.   The teller described Matz as having a well-kept appearance with a light mustache, of brownish-black hair, with a couple of days beard growth. He had no scars or marks on his hands, was not wearing gloves and had no rings on his hands.

7. The description of the robber that went out to the Cambridge Police was of a light skinned Black or Hispanic male in blue jeans with a blue /black coat and a black baseball cap. A suspect was seen in the area of Norfolk and Washington streets; when the police arrived there a witness told them that he had followed the suspect onto Washington Street. According to this witness, the suspect was a light skinned male who was wearing blue jeans with red dye all over them and a brown shirt with a blue and black coat under his arm. The witness lost sight of the suspect in the house yards on Washington Street.

8.   Officers entered the side yard of 401 Washington Street where they saw a light skinned male who matched the descriptions given of the suspect. Officer Dion Dinatale identified himself and ordered the suspect to stop and show him his hands. The suspect fled through several yards and over fences with the Cambridge Police in pursuit.

9.   In the area of 77 Norfolk Street the pursuing officers lost sight of the suspect after he went over a tall fence. They radioed their position to other police, who converged on the location. A police dog was brought in to track the suspect's scent. A blue coat with dye-stained money was found on the ground. The dog led police to the rear of 79 Norfolk Street where

Officers saw a broken window. They entered the house and heard noise on the second level. Immediately thereafter, Officer DiNatale saw the male they had been chasing on the roof of 79 Norfolk Street. The Officer observed that the male's blue jeans were stained with red dye.

10. The suspect jumped from the roof of 79 Norfolk to the roof of 77 Norfolk. He told Officers on the ground that he wanted to die and for them to shoot him. Eventually, the suspect, Joseph Matz, was talked off the roof and taken into custody.

11. Matz was given a Miranda warning at the Cambridge Police station. After booking, Matz was brought to an interview room where he was again advised of his rights in my presence. He agreed to have the interview tape recorded. Initially, at booking and during most of the interview, Matz claimed his name was James Herrell.

12. After a time, Matz admitted to committing the Sovereign Bank robbery, among others, to me and my fellow detective James Diggins.

Signed under the pains and penalties of perjury, this seventeenth day of February, 2010

_____
Task Force Officer Robert DiSalvatore